814

for the United States. Briefs of *amici curiae* supporting the petition were filed by *L. de Grove Potter* for the Waterman Steamship Corp., and *Harold S. Deming* for the Stockard Steamship Corp.

No. 50, Misc.  HUBSCH *v.* UNITED STATES; and

No. 51, Misc.  SCHWEITZER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari granted.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.  *Morris Berick* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

*Certiorari Denied.*  (*See also supra, Nos. 138 and 238 and Misc. Nos. 29 and 56.*)

No. 52.  ALESNA ET AL. *v.* RICE, U. S. CIRCUIT COURT JUDGE, ET AL.  C. A. 9th Cir.  Certiorari denied.  *Herbert Resner* for petitioners.  *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *Rhoda V. Lewis,* Assistant Attorney General, *Michiro Watanabe,* Deputy Attorney General, and *Thomas W. Flynn* for respondents.

No. 64.  BREEDING MOTOR FREIGHT LINES, INC. *v.* RECONSTRUCTION FINANCE CORP. ET AL.;

No. 65.  BREEDING MOTOR COACHES, INC. *v.* RECONSTRUCTION FINANCE CORP. ET AL.; and

Nos. 66 and 67.  BREEDING ET AL., DOING BUSINESS AS BREEDING MOTOR COACHES, ET AL. *v.* RECONSTRUCTION FINANCE CORP.  C. A. 10th Cir.  Certiorari denied. *John B. Dudley* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Joseph Kovner* for the Reconstruction Finance Corporation, respondent.